Dontez Lamont SIMUEL,
Plaintiff–Appellant,

v.

George CURRY, Superintendent at Polk
Youth Institution; Ms. Fault, Medical
Administrator; Earl Echards, Physi-
cian; Betty Reed, Registered Nurse;
Richard Jones; Ms. Snider, L.P.N.,
Defendants–Appellees.

No. 02–7668.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Dontez Lamont Simuel, Appellant Pro
Se.

Before WILLIAMS, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Dontez Lamont Simuel appeals the dis-
trict court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint under 28
U.S.C. § 1915(e)(2)(B) (2000). We have
reviewed the record and find no reversible
error. Accordingly, we affirm on the rea-
soning of the district court. *See Simuel v.
Curry,* No. CA–02–636–5–H (E.D.N.C.
filed Oct. 21, 2002, entered Oct. 23, 2002).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before

the court and argument would not aid the
decisional process.

*AFFIRMED.*